**No. 09-9349. Shane Watkins, Petitioner v. United States.**

559 U.S. 1054, 130 S. Ct. 2356, 176 L. Ed. 2d 571, 2010 U.S. LEXIS 3032.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-9354. John-Pierre Baney, Petitioner v. Department of Justice.**

559 U.S. 1054, 130 S. Ct. 2356, 176 L. Ed. 2d 571, 2010 U.S. LEXIS 3033, █

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

**No. 09-9358. Charmar Brown, Petitioner v. United States.**

559 U.S. 1054, 130 S. Ct. 2356, 176 L. Ed. 2d 571, 2010 U.S. LEXIS 3006.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 560 F.3d 754.

**No. 09-9360. Sheldon Thomas Cain, Petitioner v. United States.**

559 U.S. 1054, 130 S. Ct. 2356, 176 L. Ed. 2d 571, 2010 U.S. LEXIS 3035.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 349 Fed. Appx. 169.

**No. 09-9364. Cazzie L. Williams, Petitioner v. United States.**

559 U.S. 1054, 130 S. Ct. 2357, 176 L. Ed. 2d 571, 2010 U.S. LEXIS 2955.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-9368. Anibal Ulloa, Petitioner v. United States.**

559 U.S. 1054, 130 S. Ct. 2357, 176 L. Ed. 2d 571, 2010 U.S. LEXIS 3053.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 355 Fed. Appx. 286.

**No. 09-9372. J. Lamont Lindsey, Petitioner v. DaimlerChrysler Corporation.**

559 U.S. 1054, 130 S. Ct. 2357, 176 L. Ed. 2d 571, 2010 U.S. LEXIS 2972, █

April 5, 2010. Petition for writ of certiorari to the Court of Appeals of Michigan denied.

**No. 09-9374. Chris Jackson, Petitioner v. United States.**

559 U.S. 1054, 130 S. Ct. 2357, 176 L. Ed. 2d 571, 2010 U.S. LEXIS 2992.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 332 Fed. Appx. 973.